UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARMEN RIPOLL,** | |
| Plaintiff | CIVIL NO. 05-1374(HL) |
| v. | |
| **DORAL MORTGAGE CORPORATION, SALOMON LEVIS,** | |
| Defendants | |

# ORDER

Pending before the Court is plaintiff Carmen Ripoll's Motion Accepting the Entry of Summary Judgment (Docket No. 22) as requested by the defendants in their Motion for Summary Judgment. Said motion is hereby GRANTED as requested.

WHEREFORE, defendants' Motion for Summary Judgment (Docket No. 11) is GRANTED. Pursuant thereto, the complaint is DISMISSED with prejudice.

The parties are directed to execute the Settlement Agreement they had entered into as per Exhibit 5 to the Motion for Summary Judgment.

Judgment shall be entered accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of March, 2006.

s/ Héctor M. Laffitte
HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE